WENDY EVE WILLIAMS v. BOYLAN-PEARCE, INC.

No. 458A84

(Filed 2 April 1985)

APPEAL of right by plaintiff pursuant to N.C.G.S. § 7A-30(2) from a decision of a divided panel of the Court of Appeals, 69 N.C. App. 315, 317 S.E. 2d 17 (1984), affirming in part the judgment in favor of plaintiff on the issue of compensatory damages for malicious prosecution and reversing in part the judgment in favor of defendant on the issue of punitive damages entered 18 March 1983 by *Judge Wiley F. Bowen* in Superior Court, WAKE County. Heard in the Supreme Court 11 March 1985.

*Maupin, Taylor & Ellis, P.A., by Thomas W. H. Alexander and James A. Roberts III, Attorneys for defendant-appellant.*

*Brenton D. Adams, Attorney for plaintiff-appellee.*

PER CURIAM.

The decision of the Court of Appeals is

Affirmed.

Justice MITCHELL took no part in the consideration or decision of this case.